UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>SHERYL A. HARROD,<br><br>                Defendant, | No. CR14-314 DB<br><br>ORDER REVOKING BOND AND<br>DETAINING DEFENDANT |

Offense charged:

    Conspiracy to Distribute Cocaine and Methamphetamine.

Date of Revocation and Detention Hearings:  April 21, 2015.

    The Court, having conducted a bond revocation hearing and detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    On February 17, 2015 defendant was released on pretrial supervision.  On April 16, 2015, defendant was arrested on a supplemental warrant issued on 4/9/2015 and appeared in Court for her initial appearance on violations.  On 4/20/2015, defendant ADMITTED violations.

DETENTION ORDER - 1

It is therefore ORDERED:

(1) Defendant's appearance bond is hereby revoked and he shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 21st day of April, 2015.

DEAN BRETT
United States Magistrate Judge

DETENTION ORDER - 2